UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
1160 INC. d/b/a/ Laundry Land,              :
               Plaintiff,              :
                                :     **ORDER**
v.                                          :
                                :     20 CV 3181 (VB)
OHIO SECURITY INSURANCE COMPANY,            :
               Defendant.              :
--------------------------------------------------------------x

       As discussed at an on-the-record conference held today and attended by counsel for both parties, it is HEREBY ORDERED for the reasons stated on the record, plaintiff's motion to remand to state court is GRANTED and plaintiff's motion for attorney's fees is DENIED.

       The Clerk is directed to remand the case to Supreme Court, Westchester County and to terminate the pending motion.  (Doc. #12).

Dated: June 11, 2020
       White Plains, NY

                                                         SO ORDERED:

                                                         _____
                                                          Vincent L. Briccetti
                                                           United States District Judge